IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HEZLHER ISAI BANEGAS ORELLANA, )
ET AL., )
    Plaintiffs, )
)
v. ) Civil Action No. 1:18-cv-1186
)
)
SONNY FREEMAN, ET AL., )
)
    Defendants. )

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 26, 2019. The parties have not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation. Therefore, it is hereby

ORDERED that Plaintiffs' Motion for Default Judgment be GRANTED, and default judgment be entered in favor of the Plaintiffs for $136,176.10 ($49,290.00 in unpaid wages + $59,970.00 in liquidated damages + $26,336.10 in attorneys' fees + $580.00 in costs).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 22, 2019